■ MARGARET STRAUB, Respondent, v MATTHEW BECKER et al., Defendants, and EXPRESSWAY LUBE CENTER, Appellant. [620 NYS2d 64] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered October 1, 1993, which denied defendant-appellant's motion to vacate its default in answering, unanimously affirmed, without costs.

Defendant-appellant's insurer's asserted loss of its file in this matter in the course of a corporate reorganization and relocation, while plausible perhaps to excuse defendant's failure to answer by December 10, 1992 in keeping with the first extension allowed by plaintiff *(see, e.g., Massachusetts Bay Ins. Co. v Guardian Escrow Corp.,* 171 AD2d 615), does not explain defendant's continuing failure to answer in disregard of plaintiff's attorney's written advice to defendant's insurer of January 8, 1992 of plaintiff's intention to enter a default if an answer was not received within two weeks, and of January 14, 1992 enclosing a copy of the summons and complaint and again giving notice that a default would be entered if an answer was not forthcoming *(compare, e.g., Price v Polisner,* 172 AD2d 422). Absent a reasonable excuse, it was not an abuse of discretion for the IAS Court to refuse to open the default. Concur—Sullivan, J. P., Rosenberger, Wallach and Asch, JJ.